D. MARC HAWS
INTERIM UNITED STATES ATTORNEY
MONTE J. STILES
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WELLS FARGO BANK CENTER
877 WEST MAIN STREET, SUITE 201
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
**MAILING ADDRESS:**
  **BOX 32**
  **BOISE, IDAHO 83707**

U. S. COURTS

JUL 1 3 2001

REC'D _____ FILED _____
CAMERON S. BURKE
CLERK   IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,       )
                                )   Case No. CR   CR-01-101 S-BLW
            Plaintiff,          )
                                )
vs.                             )   **INDICTMENT**
                                )
DAVID JOSEPH PEDERSON,          )
                                )   **18 U.S.C. § 115(a)(1)(B)**
            Defendant.          )   **18 U.S.C. § 876**
                                )
                                )

**The Grand Jury charges:**

### COUNT ONE

**Threatening to Assault and Murder a United States District Judge**

**18 U.S.C. § 115(a)(1)(B)**

On or between the dates of February 1, 2000, and February 22, 2000, in the District of Idaho and elsewhere, the defendant, DAVID JOSEPH PEDERSON, did willfully and unlawfully threaten to assault and murder United States District Judge Edward J. Lodge, with the intent to impede, intimidate, or interfere with such Judge while engaged in the performance of his official duties, or with the intent to retaliate against such Judge on account of the performance of his official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWO

### Mailing Threatening Communications

### 18 U.S.C. § 876

Between the dates of February 1, 2000, and February 22, 2000, in the District of Idaho and elsewhere, the defendant, DAVID JOSEPH PEDERSON, did knowingly deposit in an authorized depository for mail, to be sent and delivered by the United States Postal Service, a written communication addressed to "Judge Lodge, US District Court for Idaho, 550 W. Fort St., Federal Building, MSC 040, Boise, Idaho 83724", which communication contained a threat to kidnap and/or injure and/or murder United States District Judge Edward Lodge, in violation of Title 18, United States Code, Section 876.

**DATED** this ⎽⎽⎽⎽ day of July, 2001.

> D. MARC HAWS
> Interim United States Attorney
> By:
>
> *[signature]*
>
> MONTE J. STILES
> Assistant United States Attorney

**A TRUE BILL:**

*[signature]*

FOREPERSON

mjs\indict.djp.wpd

**INDICTMENT - 2**

# CRIMINAL COVERSHEET   CR-01-101 S

| | |
|---|---|
| DEFENDANT'S NAME: DAVID JOSEPH PEDERSON | Juvenile: No |
| DEFENDANT'S STREET ADDRESS: (In Custody - Snake River Correctional Institute, Ontario, OR) | Service Type: Warrant/ Non-Secret |
| | Interpreter: No |
| | If yes, language: N/A |
| DEFENSE ATTORNEY: N/A Address | |
| Telephone No.: INVESTIGATING AGENCY & AGENT: Dave Meyer USMS (208) 334-1298 | |

**CASE INFORMATION:** (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)
N/A

## CRIMINAL CHARGING INFORMATION

| Complaint | YES Indictment | Information | _ Superseding Indictment |
|---|---|---|---|
| YES Felony | __Class A Misdemeanor | | _ Class B or C Misdemeanor (Petty Offense) |
| County of Offense: Ada | | Estimated Trial Time: 3 days | |

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| 18 U.S.C. § 115(a)(1)(B) | 1 | *Threatening to Assault and Murder a United States District Judge* | Not more than 3 yrs. prison, and/or $250,000 fine, plus $100 special assessment |
| 18 U.S.C. § 876 | 2 | *Mailing Threatening Communication* | Not more than 3 yrs. prison, and/or $250,000 fine, plus $100 special assessment |

Date: July 9, 2001

AUSA: Monte J. Stiles
Telephone No.: (208) 334-1211

# SERVICE INFORMATION

*(COMPLETE APPLICABLE INFORMATION)*

DEFENDANT'S NAME:   DAVID JOSEPH PEDERSON

ALIASES:   Unknown

DEFENSE ATTORNEY and ADDRESS:   N/A

TELEPHONE NO.:

INVESTIGATING AGENCY   USMS        TELEPHONE NO:   (208) 334-1298
and OFFICER:  Dave Meyer

AUSA:   Monte J. Stiles              TELEPHONE NO:   (208) 334-1211

## DEFENDANT'S PERSONAL HISTORY:

PLACE OF BIRTH: Unknown                          DATE OF BIRTH:  6/18/1980
SOCIAL SECURITY NO.:       Unknown
HEIGHT: 5' 10"       WEIGHT:   165 lbs.        RACE:     Cauc.

SEX: M              HAIR: Red                  EYES:     Hazel

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

## OTHER INFORMATION:
FBI NUMBER:
COMPLETE
DESCRIPTION OF AUTO:    N/A
PLACE OF EMPLOYMENT:    N/A
OTHER RELATED CASES:

**SPECIAL INSTRUCTIONS FOR MARSHAL SERVICE**: Serve Warrant; provide AUSA with copy of detainer notice.